IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       3:15cr241-MHT
                            )           (WO)
JAMES ASHLEY OWENS          )
```

**MENTAL-HEALTH ORDER**

In accordance with the provisions in the judgment (doc. no. 57), upon defendant James Ashley Owens's release from prison, and in order to address his persistent depression, substance-abuse disorders, childhood trauma, and difficulty complying with SORNA registration requirements, it is ORDERED that:

(1) The United States Marshal Service shall provide defendant Owens with one week's worth of medication and a prescription for such medication.

(2) Defendant Owens shall participate in mental-health treatment at the East Alabama Mental Health Center. The treatment shall include counseling twice per month and a case manager, or, in the alternative,

participation in the Assertive Community Treatment (ACT) program.

(3) The parties shall file a joint report on the first Monday of April and the first Monday of every month thereafter describing what mental health and drug treatment defendant Owens is receiving, whether the treatment is what the court ordered, and whether the court needs to change what it ordered.

DONE, this the 27th day of February, 2019.

                                    /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**