IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )   CRIMINAL ACTION NO.
    v.                      )      3:15cr241-MHT
                            )           (WO)
JAMES ASHLEY OWENS          )
```

ORDER

It appears, from an on-the-record conference call on September 9, 2019, that defendant James Ashley Owens is confronting a range of issues, including:

- He is a registered sex offender.

- He and his wife are homeless.

- His wife has given up custody of their child to her parents.

- He tested positive for cocaine, methamphetamine, and marijuana while on supervised release.

- While he needs inpatient drug treatment, he cannot access such because he is a registered sex offender.

- He is currently in state jail, likely facing state revocation because he tested positive for drugs.

- He cannot access court-mandated mental-health counseling while in state jail.

- He has not been receiving needed medication while incarcerated.

During the conference call, defense counsel indicated that she wanted to look into how other districts approach the issue of inpatient treatment for registered sex offenders. The court believes she should also look into whether the defendant here might participate in the state SAP (Substance Abuse Program), which provides for classes and treatment while incarcerated.

In light of the above, the court believes that no action should be taken at this time on the status report (doc. no. 68) filed by defense counsel, so as to see how matters play out in state court and to allow defense counsel an opportunity to look into the two matters mentioned above.

Accordingly, it is ORDERED that:

(1) Another on-the-record status conference is set for October 24, 2019, at 10:00 a.m. The clerk of the court is to arrange for the conference to be conducted by telephone.

(2) By October 21, 2019, defense counsel is to file with the court a report detailing (a) the status of the state proceedings against defendant James Ashley Owens; and (b) the results of the two matters, discussed above, into which she is to look.

DONE, this the 11th day of September, 2019.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**